IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE KING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 13-6220 |

ORDER

AND NOW, this 19th day of February, 2015, upon consideration of plaintiff's request for review (docket entry #15), defendant Carolyn Colvin's response thereto, and the Honorable Timothy R. Rice's thorough and well-reasoned Report and Recommendation (docket entry #22), to which neither party has filed an objection within the time period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Judge Rice that the Administrative Law Judge's decision was not supported by substantial evidence because the ALJ failed to properly evaluate evidence of plaintiff's drug and alcohol addiction in combination with his mental health impairments, it is hereby ORDERED that:

1. Judge Rice's Report and Recommendation (docket entry #22) is APPROVED and ADOPTED;

2. Plaintiff's request for review (docket entry #15) is GRANTED;

3. This case is REMANDED to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Rice's Report and Recommendation;

4. The decision of the Commissioner is REVERSED for the purposes of

remand only; and

       5.    The Clerk of Court shall CLOSE this case statistically.

          BY THE COURT:

          __/s/ Stewart Dalzell, J.
          Stewart Dalzell, J.